IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON TODD YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:19-cv-1102-TFM-B |
| | ) |
| GEORGE BUSH, JR., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

On January 12, 2021, the Magistrate Judge entered a report and recommendation which recommends this action be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).  No objections were filed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge is **ADOPTED**.  Accordingly, this action is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B), as frivolous and for failure to state a claim on which relief may be granted.

**DONE** and **ORDERED** this 9th day of February, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE